# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADRIANNE GARRETT, GARRETT LONDOFF, § § § *Plaintiffs*, § § v. § ERIC HANSON, CHANDRA HANSON, § ELIAS HANSON, § § § *Defendants*. § | CIVIL ACTION NO. 2:19-CV-00307-JRG |

## ORDER

Before the Court is Plaintiffs and Defendants' Stipulation of Dismissal (the "Stipulation"). (Dkt. No. 24.) In the same, the Parties move to dismiss all claims with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Having considered the Stipulation, the Court is of the opinion that it should be and hereby is **APPROVED**.

Accordingly, it is **ORDERED** that all claims brought by Plaintiffs against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is also **ORDERED** that all claims by all Parties concerning the subject matter of this litigation are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear their own respective costs and litigation related expenses. All further requests for relief between the Parties are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 22nd day of April, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE